DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANA A. FAHEY,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** et al,
Appellee.

No. 4D2022-1564

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. 16-7187 CACE (11).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***